**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6568

JAMES R. HEUSS, II,

Plaintiff - Appellant,

v.

ELIZABETH A. HILL, Executive Director; CARLOS DEL TORO, Secretary of
the Navy,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:21-cv-00662-LMB-JFA)

Submitted:  June 9, 2023                              Decided:  September 5, 2023

Before AGEE and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James R. Heuss, II, Appellant Pro Se. Matthew James Mezger, OFFICE OF THE UNITED
STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Heuss, II, appeals the district court's order awarding summary judgment to the defendants on his claims under the Administrative Procedure Act, 5 U.S.C. §§ 701-706, and the Due Process Clause of the Fifth Amendment. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Heuss v. Hill*, 1:21-cv-00662-LMB-JFA (E.D. Va. Feb. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*